KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
JAMIE B. LUMA (State Bar No. 331610)
jamie.luma@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYDER,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CAMERON, LIGHTSTORM ENTERTAINMENT, INC., 20th CENTURY STUDIOS, INC., THE WALT DISNEY COMPANY, BUENA VISTA HOME ENTERTAINMENT, INC. d/b/a WALT DISNEY STUDIOS HOME ENTERTAINMENT, DISNEY STREAMING SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-11854-GW-KS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. George H. Wu<br>Date: July 30, 2026<br>Time: 8:30 a.m.<br>Ctrm: 9D |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on July 30, 2026, at 8:30 a.m., before the Honorable George H. Wu, in Courtroom 9D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012-4565, Defendants James Cameron; Lightstorm Entertainment, Inc.; 20th Century Studios, Inc.; The Walt Disney Company; Buena Vista Home Entertainment, Inc. d/b/a Walt Disney Studios Home Entertainment; and Disney Streaming Services, LLC (collectively, "Defendants")[1] will and hereby do move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice Plaintiff Eric Ryder's ("Ryder") First Amended Complaint ("FAC").

Ryder's FAC alleges that Defendants' motion pictures *Avatar: The Way of Water* and *Avatar: Fire and Ash* infringe his copyright, and asserts related state law claims for breach of express contract, breach of implied contract, breach of confidence, and violation of California's Unfair Competition Law. Each of Ryder's claims should be dismissed with prejudice.

Ryder's copyright claim fails because, after filtering out unprotectable elements—including elements that appeared in James Cameron's independently created Scriptment and in the original *Avatar* motion picture that were at issue in the litigation already decided against Plaintiff, *Ryder v. Lightstorm Entertainment Inc.*, No. BC474876 (L.A. Cnty. Super. Ct. Jan. 9, 2014), *aff'd*, 246 Cal. App. 4th 1064 (2016)—the works are not substantially similar as a matter of law. Ryder's state law claims fail for the same reason: because the works are not substantially similar as a matter of law, Ryder does not plausibly allege use; the claims also fail for additional reasons stated in Defendants' concurrently filed Special Motion to Strike. The

---

[1] Defendants do not believe that Ryder has named the correct corporate defendants for purposes of his claims. Defendants reserve their rights on that issue; on this motion, the identity of the corporate defendants does not change the result.

defects in the FAC cannot be cured by amendment and therefore the FAC should be dismissed with prejudice.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and Identification of Materials Incorporated by Reference Into Plaintiff's First Amended Complaint, Declaration of Kelly M. Klaus and accompanying exhibits,[2] all pleadings and papers of record and on file in this case, and such additional authority and argument as may be presented at or before the time this Motion is submitted.

This Motion is made following the conference of counsel pursuant to Civil L.R. 7-3, which took place via phone on May 15, 2026 (this was following email correspondence to accommodate the schedules of Ryder's counsel). The parties also met and conferred on February 20, 2026, prior to Defendants' motion to dismiss Ryder's original complaint.

DATED: May 21, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Defendants

---

[2] The Declaration of Kelly M. Klaus includes materials subject to judicial notice, including the Order Granting Defendants' Motion for Summary Judgment in *Ryder v. Lightstorm Entertainment Inc.*, Los Angeles County Superior Court Case No. BC474876 (Jan. 9, 2014) ("*Ryder I*") (Ex. 1) and Published Opinion of California Court of Appeal, *Ryder v. Lightstorm Entertainment, Inc.*, 246 Cal. App. 4th 1064 (2016) ("*Ryder II*") (Ex. 2). It also includes as exhibits the materials incorporated by reference into the First Amended Complaint: *Avatar: The Way of Water* (2022) (Ex. 4), *Avatar* (2009) (Ex. 5), *Avatar: Fire and Ash* (Ex. 12), Mr. Cameron's Scriptment (Ex. 3), Plaintiff's "*KRZ* Business Proposal" (Ex. 6), Plaintiff's "Sept. 2000 *KRZ* Story Draft" (Ex. 7), Plaintiff's "Nov. 2000 *KRZ* Story Draft" (Ex. 8), Plaintiff's "Dec. 2000 *KRZ* Treatment") (Ex. 9). Plaintiff's "Sept. 2001 *KRZ* Screenplay" (Ex. 10), and Plaintiff's "Dec. 2001 *KRZ* Screenplay" (Ex. 11).